# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KELLER, JESSICA L | § | Case No. 13-41456 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/20/2014 in Courtroom ,

Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2014 _____        By: CLERK OF THE COURT _____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KELLER, JESSICA L | § | Case No. 13-41456 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 7,480.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 36.75 | $ 0.00 | $ 36.75 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,536.75 |
| Remaining Balance | $ | 5,943.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,327.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Personal Loan | $ 9,868.63 | $ 0.00 | $ 3,826.54 |
| 000002 | Fifth Third Bank | $ 4,989.82 | $ 0.00 | $ 1,934.79 |
| 000003 | Fifth Third Bank | $ 469.18 | $ 0.00 | $ 181.92 |

Total to be paid to timely general unsecured creditors     $               5,943.25

Remaining Balance     $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou

Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-41456-BWB
Jessica L Keller                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 1          Date Rcvd: May 14, 2014
                             Form ID: pdf006           Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
db           #+Jessica L Keller,    2500 Concord Ct,    Montgomery, IL 60538-5042
21139384       Acs/jp Morgan Chase Ba,    2277 E 22oth St,    Long Beach, CA 90810
21139386      +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
               Grand Rapids, MI 49546-6253
21381697      +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21139385      +E-mail/Text: dplbk@discover.com May 15 2014 00:49:29      Discover Personal Loan,
               Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
21139388       E-mail/Text: camanagement@mandtbank.com May 15 2014 00:48:10     M&T Bank,   Attn Bankruptcy,
               1100 Wehrle Drive 2nd floor,    Williamsville, NY 14221
                                                                             TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21381710*     +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
21139387*     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
               Grand Rapids, MI 49546-6253
                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2014 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Ronald D Cummings   on behalf of Debtor Jessica L Keller bankruptcylawyer@sbcglobal.net,
               atty_cummings@bluestylus.com
                                                                       TOTAL: 4