UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KELLER, JESSICA L § Case No. 13-41456
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | M&T Bank Attn Bankruptcy<br>1100 Wehrle Drive 2nd floor<br>Williamsville, NY 14221 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/jp Morgan Chase Ba 2277 E 22oth St Long Beach, CA 90810 | | | | | |
| 000001 | DISCOVER PERSONAL LOAN | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-41456 BWB Judge: BRUCE W. BLACK | | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | KELLER, JESSICA L | | | Date Filed (f) or Converted (c): | 10/23/13 (f) |
| | | | | 341(a) Meeting Date: | 12/02/13 |
| For Period Ending: | 08/14/14 | | | Claims Bar Date: | 03/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 2500 Concord Ct, Montgomery IL 60538 | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking and Savings Acct | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. furniture and appliances | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. misc necessary clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. misc jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6. 403 b retirement acct | 40,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 land rover lr3 | 14,000.00 | 0.00 | | 7,500.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $284,400.00     $0.00     $7,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromise of estate's interest in vehicle owned by debtor--hearing set 2-14-14.

Initial Projected Date of Final Report (TFR): 12/15/14     Current Projected Date of Final Report (TFR): 12/15/14

LFORM1     Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-41456 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KELLER, JESSICA L | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4986  Checking Account |
| Taxpayer ID No: | *******5743 | | |
| For Period Ending: | 08/14/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,490.00 | | 7,490.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,480.00 |
| 06/24/14 | 005001 | PETER N METROU  123 W. WASHINGTON STREET  SUITE 216  OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,536.75 | 5,943.25 |
| | | | Fees 1,500.00 | 2100-000 | | | |
| | | | Expenses 36.75 | 2200-000 | | | |
| 06/24/14 | 005002 | Discover Personal Loan  Attention: Bankruptcy  Po Box 30954  Salt Lake City, UT 84130 | Claim 000001, Payment 38.77478% | 7100-000 | | 3,826.54 | 2,116.71 |
| 06/24/14 | 005003 | Fifth Third Bank  P.O. Box 9013  Addison, TX 75001 | Claim 000002, Payment 38.77475% | 7100-000 | | 1,934.79 | 181.92 |
| 06/24/14 | 005004 | Fifth Third Bank  P.O. Box 9013  Addison, TX 75001 | Claim 000003, Payment 38.77403% | 7100-000 | | 181.92 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 7,490.00 | 7,490.00 | 0.00 |
| Less: Bank Transfers/CD's | 7,490.00 | 0.00 | |
| Subtotal | 0.00 | 7,490.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,490.00 | |

Page Subtotals  7,490.00  7,490.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 7)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-41456 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KELLER, JESSICA L | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0879 Checking Account |
| Taxpayer ID No: | *******5743 | | |
| For Period Ending: | 08/14/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/14 | 7 | JESSICA L KELLER | COMPROMISE RE AUTO | 1129-000 | 7,500.00 | | 7,500.00 |
| | | MONTGOMERY, IL 60538 | | | | | |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 7,490.00 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 7,490.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,490.00 | |
| Subtotal | 7,500.00 | 10.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.00 | 10.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4986 | 0.00 | 7,490.00 | 0.00 |
| Checking Account - ********0879 | 7,500.00 | 10.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,500.00 | 7,500.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          7,500.00          7,500.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*